USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                     :

TRUSTEES OF THE DISTRICT COUNCIL NO. 9  :
PAINTING INDUSTRY INSURANCE FUND,     :
TRUSTEES OF THE DISTRICT COUNCIL NO. 9  :
PAINTING INDUSTRY ANNUITY FIND, and     :
DISTRICT COUNCIL NO. 9 INTERNATIONAL  :
UNION OF PAINTERS AND ALLIED TRADES,  :
A.F.L.-C.I.O,
                                                     :      1:21-cv-8936-GHW
                             Petitioners,  :
                                                     :          ORDER
              -against-                      :

ILCO PAINTING CORP.,                              :

                                     Respondent.  :
------------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

       On November 1, 2021, Petitioners filed a petition to confirm an arbitration award and supporting materials. Dkt. No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than December 3, 2021. Respondent's opposition is due no later than December 23, 2021. Petitioners' reply, if any, is due no later than January 7, 2022.

Petitioners are directed to serve the petition and a copy of this order upon Respondent, and to file an affidavit of such service with the Court no later than November 10, 2021.

SO ORDERED.

Dated:  November 3, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge